UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00374

**Christian Blanchard,**
*Plaintiff,*

v.

**At Home Healthcare,**
*Defendant.*

# FINAL JUDGMENT

The court, having rendered its decision by separate order, hereby enters final judgment. This action is dismissed without prejudice. Any pending motions are denied as moot. The clerk of court is directed to close the case.

*So ordered by the court on December 14, 2023.*

J. CAMPBELL BARKER
United States District Judge